UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-GESPERE PIERRE,

                              Plaintiff,

                    -against-

NEW YORK STATE DEPARTMENT OF
STATE; SUPREME COURT OF THE STATE
OF NEW YORK, 2ND DIVISION;
DEPARTMENT OF LABOR; DEPT. OF
UNEMPLOYMENT INS.; DEPARTMENT OF
STATE DIVISION OF LICENSING,

                              Defendants.

19-CV-11319 (CM)

BAR ORDER UNDER
28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff filed this action *pro se*. On January 14, 2020, the Court dismissed the action as frivolous, noted that Plaintiff had filed nine cases and appeals that were dismissed on the merits, and ordered Plaintiff to show cause by affirmation within thirty days why he should not be barred from filing further actions *in forma pauperis* (IFP) in this Court without prior permission. Plaintiff filed an affirmation on January 23, 2020, but his arguments against imposing the bar order are insufficient.

## CONCLUSION

      The Clerk of Court is directed to mail a copy of this order to Plaintiff, noting service on the docket.

      The Court bars Plaintiff from filing future civil actions IFP in this Court without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this Court. If Plaintiff violates this order and files an

action without filing a motion for leave to file, the Court will dismiss the action for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk is directed to close this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 24, 2020
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge