UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-GESPERE PIERRE,

                Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF STATE; SUPREME COURT OF THE STATE OF NEW YORK, 2ND DIVISION; DEPARTMENT OF LABOR; DEPT. OF UNEMPLOYMENT INS.; DEPARTMENT OF STATE DIVISION OF LICENSING,

                Defendants.

19-CV-11319 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed on immunity grounds under 28 U.S.C. § 1915(e)(2)(B)(iii), and Plaintiff is barred from filing future civil actions *in forma pauperis* in this Court without first obtaining from the Court leave to file, *see* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 24, 2020
       New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge